Fred G. Burton, Respondent, v. Grace E. Burton, Appellant.— Appeal dismissed, unless the appellant shall file and serve printed records and briefs by December fifteenth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of Proving the Last Will and Testament of Alice Pybus, Deceased.— Appeals dismissed, unless appellants shall file and serve printed records and briefs by December first. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Application of Randolph McNutt Company, Petitioner, for a Peremptory Mandamus Order Directed to William A. Eckert, as Comptroller of the City of Buffalo, Respondent, Requiring Him to Countersign as Such Comptroller and Deliver to the Petitioner a Warrant for the Payment of Moneys Due the Petitioner for Goods Furnished the Board of Education, etc.— Application of counsel for Walker Equipment Company, Incorporated, and application of the corporation counsel of the city of New York for leave to file brief on the appeal as *amicus curiæ* granted. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

Basil Robillard, Appellant, v. Isabel S. Robillard, Respondent.— Stay of operation of order granting an increase of alimony denied, with leave to renew should there be delay upon the part of the respondent in arguing the appeal. Stay of operation of order directing payment of counsel fee granted pending appeal. Motion to be relieved from reprinting on this appeal the testimony printed on the former appeal, granted. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

Hattie E. Maginn, Appellant, v. International Railway Company, Respondent.— Order affirmed, without costs of this appeal to either party, upon stipulation made in open court. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Application of Andrew K. McLuney, Doing Business under the Name of McLuney Motor Company, Appellant, for a Peremptory Writ of Mandamus against Charles L. Pringle, Comptroller of Oneida County, Appellant. (Charles A. G. Scothon, Respondent.) — Order affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

Katherine Murdoch, Respondent, v. Stephen Bernath and Others, Defendants, and Max M. Yellen, Appellant.— Orders affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

Thomas H. Bradley, Respondent, v. Central Cities Buildings, Incorporated, Appellant, Impleaded with Others. — Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.